# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case Number 08-45506-659 |
| Ruth N Fleming ) | |
| ) | |
| Debtor, ) | Chapter 13 |
| ) | |
| ) | |
| Waterfall Victoria Master Fund 2008-1 ) | |
| Grantor Trust, Series B ) | |
| ) | |
| Creditor, ) | |
| ) | |
| ) | |
| ) | |

**RESPONSE TO OBJECTION TO WATERFALL VICTORIA MASTER FUND 2008-1 GRANTOR TRUST, SERIES B'S PROOF OF CLAIM FILED BY DEBTOR**

COMES NOW Creditor, Waterfall Victoria Master Fund 2008-1 Grantor Trust, Series B by and through its attorney of record, responds to the Objection to Waterfall Victoria Master Fund 2008-1 Grantor Trust, Series B's Proof of Claim filed by Debtor as follows:

1. Creditor admits the allegations of Paragraph 1.

2. Creditor admits the allegations of Paragraph 2.

3. Creditor admits the allegations of Paragraph 3.

4. Creditor admits the allegations of Paragraph 4.

5. Creditor admits the allegations of Paragraph 5.

6. Creditor admits the allegations of Paragraph 6.

WHEREFORE, Creditor requests that the Court overrule the objection filed by Debtor and issue an Order allowing said claim as filed and allowing amounts previously

paid by the Chapter 13 Trustee and for such other and further orders as the Court deems just and proper.

August 8, 2013

Respectfully Submitted,
Millsap & Singer, LLC

*/s/ William T. Holmes, II*
Cynthia M. Woolverton, #47698, #47698MO
Michael J. Wambolt, #51231, #51231MO
William T. Holmes, II, #59759, #59759MO
612 Spirit Drive
St. Louis, MO  63005
Telephone:   (636) 537-0110
Facsimile:     (636) 537-0067
bkty@msfirm.com

Attorneys for Waterfall Victoria Master Fund 2008-1 Grantor Trust, Series B

MS 115544.208130 BK

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on August 8, 2013, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ William T. Holmes, II*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Frank R. Ledbetter

    John V. LaBarge, Jr.

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Ruth N Fleming
    6705 Hancock Ave.
    Saint Louis, MO 63139

　　　　　　　　　　　　　　　MS 115544.208130 BK